Argued June 25, affirmed June 25, 1971

STATE OF OREGON, *Respondent, v.* KENNETH
LYNN BROWN (Nos. 99236, 99237), *Appellant.*

485 P2d 1251

*Charles O. Porter,* Eugene, argued the cause and
filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.